UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CALEB MADDLE by his parent
and next friend ASHLEY WISER                                                                PLAINTIFF

v.                                                   CIVIL ACTION NO. 3:13CV-1149-TBR *(e-filed)*

UNITED STATES OF AMERICA                                                                    DEFENDANT

## AGREED ORDER DISMISSING WITH PREJUDICE

The Parties, by and through counsel of record, having agreed to the entry of this Order by evidence of their signatures below, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that this matter is **DISMISSED WITH PREJUDICE** as settled.

AGREED TO BY:

/s/Michael D. Ekman with permission by
Karl N. Truman
Karl Truman Law Office
420 Wall Street
Jeffersonville, IN 47130
karltruman@trumanlaw.com
Counsel for Plaintiff

/s/ Michael D. Ekman
Michael D. Ekman
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY 40202
(502) 625-7102/ Fax: (502) 625-7110
Michael.Ekman@usdoj.gov
Counsel for Defendant